WILLIAM HARRY JOHNS, Respondent, v. WILLIAM W. TOWNSEND, Appellant. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MADELINE CUMBERBATCH, Respondent, v. OLIVER CUMBERBATCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of DAVID C. BROOKS, to Confirm the Award Made under the Arbitration between DAVID C. BROOKS and FRANCIS A. BONNER, WILLIAM L. NOLAN and DAVID T. BONNER, under an Agreement to Submit to Arbitration, Dated December 21, 1925.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

STANLEY S. HARRIS, Appellant, v. CLEMENTINA SIMONCIC HARRIS, Respondent.— Order reversed and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

STANLEY S. HARRIS, Appellant, v. CLEMENTINA SIMONCIC HARRIS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

LOUIS ZELTNER, as Trustee in Bankruptcy of SOLOMON FRIEDMAN and Others, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BERNHARD VOSS, Appellant, v. SHERMAN SQUARE SEVENTIETH STREET CORPORATION and Others, Defendants, Impleaded with CHALFONTE HOTEL CORPORATION, Respondent.— Order modified so as to require cancellation of the *lis pendens* only upon defendant Chalfonte Hotel Corporation furnishing a surety company bond in the sum of $6,000 to secure plaintiff's claim as a condition for such cancellation; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDMOND E. FRISCH, Respondent, v. J. CLARKE DULANY and Others, Defendants. BENJAMIN FEINGOLD, Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to the right of the appellant Benjamin Feingold to move to be made a party defendant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

BENJAMIN FEINGOLD, Doing Business, etc., Appellant, v. EDMOND E. FRISCH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MAX BLUMENFELD, Appellant, v. UNITED STATES FUR AUCTION BROKERAGE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the ground that plaintiff waived his right to a jury trial. (*DiMenna* v. *Cooper & Evans Co.*, 220 N. Y. 391.) Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MAE WOLFER, as Administratrix, etc., of BELMONT WOLFER, Deceased, Respondent, v. CLARENCE E. PETERSON, Appellant.— Order reversed, with ten dollars